|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| ALBERT PEREZ, | ) | **ORDER** |
| Defendant. | ) | |

Presently before the Court is Defendant Albert Perez's ex parte motion (ECF No. 397), filed on August 23, 2017. The Court reviewed Defendant's motion, and found good cause to order Defendant to be transferred from the Central District of California, where he is now incarcerated, to the District of Nevada. Without granting Defendant's motion, the Court ordered the government to show cause why Defendant should not be transferred. (ECF No. 402). The government responded (ECF No. 409) on September 11, 2017, arguing that Defendant's sentencing hearing in a related case in the Central District of California is currently scheduled for September 28, 2017, so a transfer before that hearing could cause delay or a waste of resources. The government does not oppose transfer after the sentencing hearing.

In light of Defendant's upcoming sentencing hearing, the Court will grant Defendant's motion, but stay transfer until after sentencing. Should sentencing be postponed, Defendant may file a further request for transfer.

//
//
//
//
//
//
//

IT IS THEREFORE ORDERED that Defendant's ex parte motion (ECF No. 397) is GRANTED. The U.S. Marshal shall transport Defendant to the District of Nevada. This order is STAYED until after Defendant's sentencing hearing in the Central District of California, case 2:16-cr-00729-JAK.

DATED: September 12, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge