NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
DAVID JAFFE
Chief
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
dan.schiess@usdoj.gov
john.han2@usdoj.gov
tracey.batson2@usdoj.gov

*Attorneys representing the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Pastor Palafox,<br>Albert Lopez,<br>Albert Benjamin Perez,<br>James Patrick Gillespie, and<br>Ernesto Manuel Gonzalez,<br><br>Defendants. | 2:16-cr-00265-GMN-CWH<br><br>Stipulation – Notice of Special Sentencing Factors |

The United States by and through the undersigned and defendants Pastor Palafox, Albert Lopez, Albert Benjamin Perez, James Patrick Gillespie, and Ernest Manuel Gonzalez, by and through their undersigned counsel, stipulate that the United States will seek to apply the

1

Notice of Special Sentencing Factors as alleged in One of the Superseding Indictment, paragraph 9, to the alleged agreement between the above-named defendants to murder J.P. on September 23, 2011, and only in violation of Nevada Revised Statutes Section 200.010 and 200.030. Accordingly, as to these defendants, the Notice of Special Sentencing Factors, paragraph 9, provides as follows:

> 9. As part of the agreement to conduct and participate in the conduct of the affairs of the enterprise through a pattern of racketeering activity, the defendants
>
> > **PASTOR PALAFOX, a/k/a "Tata,"**
> > **ALBERT LOPEZ, a/k/a "Al,"**
> > **ALBERT BENJAMIN PEREZ, a/k /a "Dragon Man,"**
> > **JAMES PATRICK GILLESPIE, a/k/a "Jimbo," and**
> > **ERNESTO MANUEL GONZALEZ, a/k/a "Romeo,"**
>
> agreed that a single act involving murder would be committed, in violation of Nevada Revised Statutes Section 200.010 and 200.030, to wit, the willful, deliberate, premeditated, and unlawful killing of a human being, with malice aforethought.

This agreement does not apply to any other provision in the Notice of Special Sentencing Factors or any other defendant.

Respectfully submitted this 10th day of July, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Amy Elizabeth Jacks

AMY ELIZABETH JACKS
*Counsel for Pastor F. Palafox*

/s/ Daniel R. Schiess

DANIEL R. SCHIESS
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorneys
Organized Crime and Gang Section

/s/ Andrea Luem

ANDREA LUEM
*Counsel for Albert B. Perez*

/s/ Mark Fleming

MARK FLEMING
*Counsel for Albert Lopez*

/s/ Michael Kennedy

MICHAEL KENNEDY
DAVID FISCHER
*Counsel for Ernesto Manuel Gonzalez*

/s/ Jesse Marchese

JESS MARCHESE
THOMAS F. PITARO
*Counsel for James P. Gillespie*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation - Notice of Special Sentencing Factors, (ECF No. 1684), is **GRANTED**.

**IT IS FURTHER ORDERED** that in light of the above Stipulation, Defendant Palafox's Objection, (ECF No. 1636), is **OVERRULED as moot**.

**DATED** this __10__ day of July, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT